IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:

KRIS DANIEL BANTA

CASE NO. 3:12-BK-00770-JAF
CHAPTER 13

Debtor(s)

_____/

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY

This case is before the Court at a hearing held June 11, 2012 upon the Motion for Relief from Automatic Stay filed by, GREEN TREE SERVICING, LLC, ("Movant"). For reasons stated orally and recorded in open Court, it is

ORDERED:

1. Motion for Relief from Automatic Stay is granted.

2. The Automatic Stay imposed by 11 U.S.C. Section 362 is lifted as to Movant and Movant may proceed with the foreclosure of its lien on the following property

A portion of Lot 16, Block 3, THE HILLS AT THOMAS CREEK, according to the map or plat thereof, as recorded in Plat Book 5, Pages 65 through 69, of the Public Records of Nassau County, Florida, said portion being more particularly described as follows:

For a point of reference, commence at the Northwest corner of said Lot 16 and run thence South 73°48'11" East along the Southerly right-of-way line of Keen Cemetery Road (a 60.0 foot R/W), a distance of 147.33 feet to the Point of Beginning. From the Point of Beginning thus described, continue South 73°48'11" East along said Southerly right-of-way line, a distance of 147.50 feet; thence South 08°30'20" West, a distance of 766.56 feet to the Southerly line of Lot 16, aforesaid; run thence South 89°48'57" West along said Southerly line, a distance of 259.00 feet; thence North 16°05'10" East, a distance of 832.71 feet to the Piont of Beginning.

43421 KEEN CEMETERY ROAD, CALLAHAN, FL 32011

3. This Order is entered for the sole purpose of allowing Movant to obtain an in rem judgment against the property described above. Movant shall not seek an in personam judgment again Debtor(s).

DATED: this 15 day of June, 2012 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:

GREEN TREE SERVICING, LLC
9204 KING PALM DRIVE
TAMPA, FL 33619

KRIS DANIEL BANTA
43421 KEEN CEMETERY ROAD
CALLAHAN, FL 32011

ALISON EMERY, ESQUIRE
3733 UNIVERSITY BLVD., W, STE 212B
JACKSONVILLE, FL 32217

DOUGLAS NEWAY, TRUSTEE
P O BOX 4308
JACKSONVILLE, FL 32201

UNITED STATES TRUSTEE
135 WEST CENTRAL BLVD., SUITE 620
ORLANDO, FL 32801