UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Case No.: 3:12-bk-00770-JAF
Chapter 13

KRIS DANIEL BANTA

_____/

## REPORT OF MEDIATOR

Pursuant to local Bankruptcy Rule 3019-2(f) the mediator reports to the court as follows:

1. The parties met and mediated as required by this Court's previous order, on December 13, 2012.

2. All parties complied with the mediation order.

3. The result of the mediation was an impasse and a modification was not offered to the Debtor.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Report of Mediator was served by electronic transmission or electronic mail on this 13th day of December, 2012 on the following:

Daniel C. Consuegra, P.L.
c/o Allison D. Thompson
9204 King Palm Drive
Tampa, FL 33619

Douglas W. Neway, Trustee
P.O. Box 4308
Jacksonville, FL 32201

/s/ Edward P. Jackson
EDWARD P. JACKSON
255 N. Liberty Street, 1st Floor
Jacksonville, Florida 32202
(904) 358-1952
Facsimile: (904) 356-9614
Florida Bar No: 286648